# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Thompson, Anne E. | U.S. District Court | 05/05/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge - Senior Status | ☐ Nomination ☐ Date <br> ☐ Initial ☑ Annual ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

400 E. State Street
Room 4000
Trenton, NJ 08608

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member - Criminal Law Drafting Committee | Nartional Conference of Bar Examiners |
| 2. | Co-Trustee | Trust #1 - U/W Wm. Thompson Art. Fifth |
| 3. | Co-Trustee | Trust #1 - U/W Wm. Thompson Art. Sixth |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 05/05/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | National Examiners of Bar Examiners | $7,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bar Examiners | May 16-19, 2019 | Nashville, TN | Activity of Organization | Airfare, Hotel, Meals & Local Transportation |
| 2. | National Conference of Bar Examiners | September 26-29, 2019 | Kansas City, MO | Activity of Organization | Airfare, Hotel, Meals & Local Transportation |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | OceanFirst Bank | A | Interest | J | T | | | | | |
| 2. | Gkenmede Tax-Exempt Fund | A | Dividend | J | T | | | | | |
| 3. | Metropolitan Life Insurance Company<br>(Term Life Policy) | B | Int./Div. | J | T | | | | | |
| 4. | Chase Bank | A | Interest | K | T | | | | | |
| 5. | TRUST #1 - U/W Wm. Thompson Art. Fifth<br>(H) | | | | | | | | | |
| 6. | -- Fidelity Diversified Int'l Fund | A | Dividend | K | T | | | | | |
| 7. | -- Fidelity Money Market Cash Reserves | A | Dividend | K | T | | | | | |
| 8. | -- Fidelity Advisor New Insights Fund | A | Dividend | J | T | | | | | |
| 9. | -- Fidelity Blue Chip Growth Fund | | None | K | T | | | | | |
| 10. | -- Baron Growth Fund | | None | J | T | | | | | |
| 11. | -- DWS Strategic High Yield Tax Free CL S | A | Dividend | | | Sold | 05/23/19 | K | C | |
| 12. | -- Diamond Hill Small Cap Fund CL A | | None | J | | | | | | |
| 13. | -- Harbor Capital Appreciation Fund | | None | K | T | | | | | |
| 14. | -- Hartford Capital Appreciation Fund CL A | A | Dividend | J | T | | | | | |
| 15. | -- Hotchkins & Wiley Mid Cap Value Fund<br>CL A | A | Dividend | J | T | | | | | |
| 16. | -- T Rowe Price Mid Cap Value Fund Adv<br>Class | A | Dividend | J | T | | | | | |
| 17. | -- T Rowe Price Value Fund Adv Class | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- S&P 500 Depository Receipt | A | Dividend | K | T | | | | | |
| 19. -- Invesco Int'l Growth Fund | A | Dividend | J | T | | | | | |
| 20. -- Vitrus Foreign Opportunities Fund | A | Dividend | J | T | | | | | |
| 21. -- MFS International Diversification Fund | A | Dividend | K | T | | | | | |
| 22. -- T Rowe Tax Free Inc Fund | A | Dividend | | | Sold | 05/23/19 | J | A | |
| 23. -- Causeway International Value | A | Dividend | J | T | | | | | |
| 24. -- FMI Large Cap Fund | | None | | | Sold | 05/23/19 | J | B | |
| 25. -- MFS Reseach Int'l | A | Dividend | J | T | | | | | |
| 26. -- Primecap Odyssey Growth Fund | A | Dividend | J | T | | | | | |
| 27. -- Ishares TR Russell 1000 Value Index | A | Dividend | K | T | | | | | |
| 28. -- Ishares TR Russell 100 Growth Index | A | Dividend | K | T | | | | | |
| 29. -- Fidelity Municipal Income | A | Dividend | | | Sold | 05/23/19 | L | C | |
| 30. -- Artisan Small Cap Fund | | None | J | T | | | | | |
| 31. -- Ishares TR Russell 1000 Index Fund | A | Dividend | J | T | | | | | |
| 32. -- Vanguard Growth Vipers | A | Dividend | K | T | | | | | |
| 33. -- Vanguard Value Vipers | A | Dividend | K | T | | | | | |
| 34. -- Blackrock National Muni Fund CL A | A | Dividend | | | Sold | 05/23/19 | K | B | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -- Spector Spdr Tr Shs Ben Int Financial | A | Dividend | | | Sold | 05/23/19 | J | C | |
| 36.  -- Acadian Emerging Markets Investor | | None | | | Sold | 05/23/19 | J | B | |
| 37.  -- Morgan Stanley Inst International | | None | | | Sold | 05/23/19 | J | A | |
| 38.  -- Oppenheimer Development Markets | A | Dividend | K | T | | | | | |
| 39.  -- Templeton Global Bond | A | Dividend | | | Sold | 05/23/19 | K | A | |
| 40.  -- Transamerica International Equity | | None | | | Sold | 05/23/19 | J | A | |
| 41.  -- Wells Fargo Special Mid Cap Value Adm | A | Dividend | J | T | | | | | |
| 42.  -- Ishares S&P Growth | A | Dividend | J | T | | | | | |
| 43.  -- Ishares S&P Value | A | Dividend | J | T | | | | | |
| 44.  -- Vanguard Lsrge Cap ETF | A | Dividend | K | T | | | | | |
| 45.  -- Vanguard Sector Index | A | Dividend | J | T | | | | | |
| 46.  -- Vanguard Small-Cap ETF | A | Dividend | J | T | | | | | |
| 47.  -- Ishares MSCI EAFE Small-Cap | A | Dividend | J | T | | | | | |
| 48.  -- Janue Henderson Enterprise | A | Dividend | K | T | Buy (add'l) | 05/23/19 | K | | |
| 49.  -- Mainstay Tax-Free Bond | A | Dividend | | | Sold | 05/23/19 | J | A | |
| 50.  -- Flexshares Trust Morningstar Global | A | Dividend | | | Sold | 05/23/19 | J | A | |
| 51.  -- Spdr Index Shs Fds S&P Global | | None | | | Sold | 05/23/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- T Rowe Price New Era | | None | | | Sold | 05/23/19 | J | A | |
| 53. -- JP Morgan US Large Cap Core Plus Class I | | None | | | Sold | 05/23/19 | J | A | |
| 54. -- Dodge & Cox International Stock Fund | | None | | | Sold | 05/23/19 | J | A | |
| 55. -- Vanguard Long Term Tax Exempt Adm | A | Dividend | | | Sold | 05/23/19 | K | B | |
| 56. -- Wells Fargo Muni Bond Fd Admin CL | A | Dividend | | | Sold | 05/23/19 | K | A | |
| 57. -- Ishares Inc Core MSCI Emerging Markets | A | Dividend | J | T | Buy (add'l) | 05/23/19 | J | | |
| 58. -- Credit Suisse Commodity Return Strategy Fund | A | Dividend | J | T | Buy | 05/23/19 | J | | |
| 59. -- Intermediate Crossover Fixed Income Common TR Fd | | None | M | T | Buy | 05/23/19 | M | | |
| 60. -- Ishares Core MSCI EAFE | A | Dividend | J | T | Buy | 05/23/19 | J | | |
| 61. -- Ishares Core S&P 500 | A | Dividend | K | T | Buy | 05/23/19 | K | | |
| 62. -- Ishares Core S&P Mid Cap | A | Dividend | K | T | Buy | 05/23/19 | K | | |
| 63. -- Ishares Core S&P Small Cap | A | Dividend | K | T | Buy | 05/23/19 | K | | |
| 64. -- Wells Fargo Special Small Cap Value Fund | A | Dividend | K | T | Buy | 05/23/19 | J | | |
| 65. TRUST #1 - U/W Wm. Thompson Art. Sixth (H) | | | | | | | | | |
| 66. - Fidelity Diversified Int'l Fund | A | Dividend | J | T | | | | | |
| 67. -- Fidelity Money Market Cash Reserves | A | Dividend | K | T | | | | | |
| 68. -- Fidelity Advisor Mid Cap Fund II Cl I | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  -- Fidelity Advisor Int'l Discovery Fund CL I | A | Dividend | J | T | | | | | |
| 70.  -- Fidelity Blue Chip Growth Fund | | None | K | T | | | | | |
| 71.  -- Baron Growth Fund | | None | J | T | | | | | |
| 72.  -- DWS Strategic High Yield Tax Free CL S | A | Dividend | | | Sold | 05/23/19 | K | C | |
| 73.  -- Diamond Hill Small Cap Fund CL A | | None | J | T | | | | | |
| 74.  -- Harbor Capital Appreciation Fund | | None | K | T | | | | | |
| 75.  -- Hartford Capital Appreciation Fund CL A | | None | | | Sold | 05/23/19 | J | C | |
| 76.  -- Ishares TR Russell 100 Growth Index | A | Dividend | L | T | | | | | |
| 77.  -- Mutual Series Mutual Shares CL A | A | Dividend | J | T | | | | | |
| 78.  -- T Rowe Price Mid Cap Value Fund Adv Class | A | Distribution | K | T | | | | | |
| 79.  -- T Rowe Price Value Fund Adv Class | A | Dividend | K | T | | | | | |
| 80.  -- Royce PA Mutual Fund | A | Dividend | J | T | | | | | |
| 81.  -- S&P 500 Depository Receipt | A | Dividend | L | T | | | | | |
| 82.  -- Invesco Int'l Growth Fund | A | Dividend | J | T | | | | | |
| 83.  -- Artisan Int'l Value Fund | A | Dividend | K | T | | | | | |
| 84.  -- American EuroPacific Growth Fund | | None | | | Sold | 05/23/19 | K | D | |
| 85.  -- MFS International Diversification Fund | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -- Fidelity Advisor New Heights | | None | | | Sold | 05/23/19 | J | A | |
| 87. -- T Rowe Price Tax Free Income | A | Dividend | | | Sold | 05/23/19 | K | B | |
| 88. -- Dodge & Cox Stock Fund | A | Dividend | J | T | | | | | |
| 89. -- Ishares TR 1000 Value | A | Dividend | J | T | | | | | |
| 90. -- Ishares TR 1000 Value Index | A | Dividend | K | T | | | | | |
| 91. -- Oakmark International | A | Dividend | J | T | | | | | |
| 92. -- Ishares MSCI EAFE Index | A | Dividend | K | T | | | | | |
| 93. -- Ishares TR Russell Midcap Value Index | A | Dividend | J | T | | | | | |
| 94. -- Templeton Global Fund | A | Dividend | | | Sold | 05/23/19 | K | A | |
| 95. -- T Rowe Price International Stock | | None | | | Sold | 05/23/19 | K | C | |
| 96. -- Oppenheimer International Bond | A | Dividend | | | Sold | 05/23/19 | J | A | |
| 97. -- Blackrock National Muni | B | Dividend | | | Sold | 05/23/19 | M | D | |
| 98. -- Acadian Emerging Markets Investor | | None | | | Sold | 05/23/19 | J | C | |
| 99. -- T Rowe Price Emerging Markets Stock | A | Dividend | K | T | | | | | |
| 100. -- Ishares Core S&P Small-Cap | A | Dividend | L | T | Buy (add'l) | 05/23/19 | K | | |
| 101. -- Ishares S&P 500 Value | A | Dividend | K | T | | | | | |
| 102. -- Ishares US Financials | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. -- Vanguard Large Cap ETF | A | Dividend | K | T | | | | | |
| 104. -- FlexShares Mdstar Global Upstream | A | Dividend | | | Sold | 05/23/19 | J | A | |
| 105. -- Ishares Core MSCI Emerging Markets | A | Dividend | K | T | Buy<br>(add'l) | 05/23/19 | J | | |
| 106. -- Ishares Core EAFE Small Cap | A | Dividend | J | T | | | | | |
| 107. -- Fidelity Tax Free Bond Fund | A | Dividend | | | Sold | 05/23/19 | J | A | |
| 108. -- T Rowe Price Tax Free High Yield | A | Dividend | | | Sold | 05/23/19 | J | A | |
| 109. -- Mainstay Tax Free Bond | A | Dividend | | | Sold | 05/23/19 | J | A | |
| 110. -- Vanguard Large Cap Tax Exempt | A | Dividend | | | Sold | 05/23/19 | L | B | |
| 111. -- MFS International Vale Fund | | None | | | Sold | 05/23/19 | J | A | |
| 112. -- IShares MSCI Emerging Markets | A | Dividend | J | T | | | | | |
| 113. -- Credit Suisse Commodity Return Strategy Fund | A | Dividend | J | T | Buy | 05/23/19 | J | | |
| 114. -- Ishares Core MSCI EAFE Small Cap | A | Dividend | K | T | Buy | 05/23/19 | J | | |
| 115. -- Ishares Core S&P 500 | A | Dividend | J | T | Buy | 05/23/19 | K | | |
| 116. -- Ishares Core S&P Mid Cap | A | Dividend | K | T | Buy | 05/23/19 | K | | |
| 117. -- Janus Enterprise Fund | A | Dividend | K | T | Buy | 05/23/19 | K | | |
| 118. -- Wells Fargo Special Small Cap Value Fund | A | Dividend | K | T | Buy | 05/23/19 | K | | |
| 119. -- Intermediate Crossover Fixed Income Common TR Fd | | None | M | T | Buy | 05/24/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.   GLENMEDE IRA (H) | | | | | | | | | |
| 121.   -- Glenmede Core Fixed Income Port | C | Dividend | M | T | | | | | |
| 122.   -- Exxon Mobil Corp | A | Dividend | J | T | | | | | |
| 123.   -- Johnson & Johnson | A | Dividend | J | T | | | | | |
| 124.   -- Glenmede Govt Cash Fund | B | Interest | K | T | | | | | |
| 125.   -- Qualcomm Corp | A | Dividend | K | T | | | | | |
| 126.   -- Glenmede Fund Inc Advisor Small Cap | A | Dividend | K | T | | | | | |
| 127.   -- Matthews Pacific Tiger Fund | A | Dividend | K | T | | | | | |
| 128.   -- Van Eck Global Hard Assets | | None | | | Sold | 07/19/19 | K | A | |
| 129.   -- Apple Inc | A | Dividend | K | T | | | | | |
| 130.   -- Seyworks Solutions | A | Dividend | K | T | Buy<br>(add'l) | 01/04/19 | J | | |
| 131.   -- Celgene Corp | | None | | | Sold | 02/01/19 | J | C | |
| 132.   -- Cisco Systems | A | Dividend | J | T | | | | | |
| 133.   -- Union Pacific Corp | A | Dividend | J | T | | | | | |
| 134.   -- Loomis Sayles Bond Fund | B | Dividend | | | Sold | 12/03/19 | K | A | |
| 135.   -- Pepsico Inc | A | Dividend | J | T | | | | | |
| 136.   -- Chevron Corp | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. -- Mastercard Inc | A | Dividend | K | T | | | | | |
| 138. -- Boeing Co | A | Dividend | J | T | Sold<br>(part) | 09/18/19 | J | B | |
| 139. -- Paypal Holding Inc | | None | K | T | | | | | |
| 140. -- Home Depot Inc | A | Dividend | J | T | Sold<br>(part) | 10/17/19 | J | C | |
| 141. -- JP Morgan & Chase Co | A | Dividend | K | T | | | | | |
| 142. -- Dollar Tree Inc | | None | J | T | Sold<br>(part) | 10/17/19 | J | B | |
| 143. -- Honeywell International Inc | A | Dividend | K | T | | | | | |
| 144. -- Alphabet Inc Cap Stock | | None | J | T | | | | | |
| 145. -- Sherwin Williams Co | A | Dividend | K | T | | | | | |
| 146. -- Gilead Sciencea Inc | A | Dividend | J | T | | | | | |
| 147. -- TJX Cos Inc | A | Dividend | J | T | | | | | |
| 148. -- Walt Disney Co | A | Dividend | J | T | | | | | |
| 149. -- United Technologies Corp | A | Dividend | J | T | Buy<br>(add'l) | 08/15/19 | J | | |
| 150. -- Intel Corp | A | Dividend | K | T | | | | | |
| 151. -- Diageo PLC Spns ADR | A | Dividend | | | Sold | 04/04/19 | J | C | |
| 152. -- Smith & Nephew PLC | | None | | | Sold | 02/15/19 | K | B | |
| 153. -- Glenmede International | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.  -- Edwards Lifesciences | | None | J | T | Sold<br>(part) | 08/05/19 | J | D | |
| 155.  -- Colgate Palmolive Co | A | Dividend | J | T | | | | | |
| 156.  -- Costco Wholesale Corp | A | Dividend | J | T | | | | | |
| 157.  -- Discover Financial Services | A | Dividend | J | T | Sold<br>(part) | 08/06/19 | J | B | |
| 158.  -- PNC Financial Services Group | A | Dividend | K | T | | | | | |
| 159.  -- Snap On Tools Corp | A | Dividend | J | T | | | | | |
| 160.  -- Labortatory Corp of America | | None | K | T | Buy<br>(add'l) | 01/09/19 | J | | |
| 161.  -- Chubb Limited | A | Dividend | J | T | | | | | |
| 162.  -- Applied Materials Inc | A | Dividend | K | T | Buy<br>(add'l) | 03/04/19 | J | | |
| 163.  -- Charles Schwab Corp | A | Dividend | J | T | | | | | |
| 164.  -- Marathon Petroleum Corp | A | Dividend | J | T | | | | | |
| 165.  -- Cummins Inc | A | Dividend | J | T | | | | | |
| 166.  -- Bristol Myers | A | Dividend | K | T | Buy<br>(add'l) | 06/15/19 | J | | |
| 167.  -- Waters Ciro | | None | J | T | | | | | |
| 168.  -- Pioneer Natural Resources Co | A | Dividend | J | T | | | | | |
| 169.  -- CVS Corp | A | Dividend | J | T | Buy | 02/01/19 | J | | |
| 170.  -- Viacombs Inc | A | Dividend | J | T | Buy | 04/11/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171.  -- Viacombs Inc | A | Dividend | J | T | Buy (add'l) | 08/15/19 | J | | |
| 172.  -- Biogen Idec Inc | | None | J | T | Buy | 05/07/19 | J | | |
| 173.  -- Microsoft Corp | A | Dividend | K | T | Buy | 08/15/19 | J | | |
| 174.  -- O'Reillu Automotive Inc | | None | K | T | Buy | 08/15/19 | K | | |
| 175.  -- Elanco Animal Health Inc | | None | J | T | Buy | 09/10/19 | J | | |
| 176.  -- Ulta Beauty Inc | | None | J | T | Buy | 09/18/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Thompson, Anne E.** | 05/05/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Anne E. Thompson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544